LUTHER E. MANSFIELD, RESPONDENT, v. CHARLES H. KERNER AND ANOTHER, APPELLANTS.

*Contract — specifications annexed to — when compliance with must be proved — Answer — allegations of — when insufficient as evidence for plaintiff.*

This action was brought to recover for work performed in erecting an elevator, " as per specifications annexed to the written contract." The answer alleged that the elevator was to be constructed " in accordance with certain drawings and specifications," and then set forth certain of the requirements thereof. Upon the trial the plaintiff did not prove the contract and specifications, but read a portion of the answer, referring, in general terms, to the contract, and declared that this was the agreement which he accepted, and he was allowed to recover thereon. *Held*, that this was error; that he should have been compelled to prove the contract and specifications, and compliance therewith.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*George H. Forster*, for the appellants.

*Frank Reynolds*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., GILBERT and TAPPEN, JJ.

Judgment reversed and new trial granted, costs to abide the event.